# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 26 3283

**Case Name** | Chandler, et al. v. California Department of Corrections and Rehabili⊞

**Counsel submitting this form** | Jesse D. Franklin-Murdock

**Represented party/parties** | Plaintiffs Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs Appellants are six women incarcerated in California women's prisons. They brought this action under 42 U.S.C. § 1983 challenging California's Transgender Respect, Agency, and Dignity Act (Senate Bill 132), codified at California Penal Code §§ 2605–2606, which directs the California Department of Corrections and Rehabilitation ("CDCR") to house incarcerated persons consistent with their professed gender identity. Appellants alleged that SB 132, as implemented by CDCR, subjects them to a substantial risk of sexual assault, harassment, and trauma; compels their speech; burdens the free exercise of their sincerely held religious beliefs; and denies them the equal protection of the laws.

The operative First Amended Complaint pleaded four causes of action under 42 U.S.C. § 1983: (1) cruel and unusual punishment in violation of the Eighth Amendment; (2) compelled speech in violation of the First Amendment Free Speech Clause; (3) violation of the First Amendment Free Exercise Clause (asserted by Appellants Chandler and Romero); and (4) denial of equal protection in violation of the Fourteenth Amendment. Appellants sought declaratory and injunctive relief; they did not seek damages.

The Defendants Appellees are the Secretary of CDCR and the wardens of the two CDCR women's facilities in which Appellants are housed. The Transgender, Gender Variant & Intersex Justice Project, together with several incarcerated transgender individuals, intervened as defendants in the district court.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

On March 23, 2026, the United States District Court for the Eastern District of California (Hon. Jennifer L. Thurston) granted Defendants' and Intervenors' motions to dismiss the First Amended Complaint in part (ECF No. 132), holding that Appellants had failed to plead Article III standing as to each of their four claims. Leave to amend was granted but Appellants elected to stand on their First Amended Complaint. The district court's prior order (ECF No. 67) had previously dismissed Appellants' facial challenge without leave to amend.

This appeal presents purely legal questions.
(1) Whether the district court erred in holding that Appellants failed to plead Article III standing to pursue their as-applied Eighth Amendment, First Amendment Free Speech, First Amendment Free Exercise, and Fourteenth Amendment Equal Protection claims, including its conclusions on injury-in-fact, causation, and redressability;
(2) Whether the district court erred in resolving disputed factual questions on a Rule 12(b)(6) motion by relying on materials outside the pleadings; and
(3) Whether the district court erred in dismissing Appellants' facial and as applied challenge to California Penal Code §§ 2605–2606.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None

**Signature** s/ Jesse D. Franklin-Murdock          **Date** May 26, 2026
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

2