Case No. 26-3283

═══════════════════════════════════════════════

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

───────────────────────────────────

JANINE CHANDLER, et al.

Plaintiffs-Appellants,

v.

JEFFREY MACOMBER, et al.,

Defendants-Appellees,

───────────────────────────────────

On Appeal from the United States District Court for the Eastern District of California

Case No. 1:21-cv-01657 JLT HBK

═══════════════════════════════════════════════

**OUR DUTY-USA AND AMIE ICHIKAWA'S MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE SUPPORTING PLAINTIFFS-APPELLANTS AND REVERSAL**

═══════════════════════════════════════════════

C. Erin Friday
P.O. Box 442
San Carlos, CA 94070
(415) 577-9271
erinfriday@yahoo.com
Erin@ourduty.group
*Counsel for* Amici Curiae

August 4, 2026

## MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Our Duty-USA and Amie Ichikawa respectfully move this Court for leave to file a brief as amici curiae in the above-captioned proceeding, *Chandler v. Macomber*, No. 26-3283. Pursuant to Ninth Circuit Rule 29-3, counsel for amici curiae attempted to obtain the consent of counsel for the parties before moving the Court for leave. Counsel for Plaintiffs-Appellants consented. Counsel for Defendants-Appellees was contacted by email on July 16, 2026, and asked to respond by July 26, 2026. Counsel for Defendants-Appellees had neither declined nor consented as of that date. The intervenor, the ACLU did not oppose the filing.

### INTEREST OF MOVANTS

#### A. Our Duty-USA

Our Duty-USA is a secular nonprofit whose members from all fifty states have varied political backgrounds, ethnicities, and sexual orientations but share the experience of raising former and current trans-identified children and the knowledge that sex matters and sex-separated spaces are needed to safeguard females. A substantial number of members reside in California. Our Duty members have testified before the California Legislature on behalf of incarcerated females housed with males who identify as women. Our Duty members advocate to protect all individuals from the harms of the transgender agenda, which seeks to remove

2

biological reality and replace it with a system of laws and policies based on feelings rather than facts.

**B. Amie Ichikawa**

Amicus Amie Ichikawa served nearly five years at Central California Women's Facility (CCWF) in Chowchilla, the same facility involved in this action. She was released in August 2013. While she was incarcerated at CCWF, a trans-identified male prisoner was transferred into her facility. This male, Richard Masbruch (a.k.a. Sherri Lashure), was doing time for convictions of rape and attempted murder of a mother and daughter (whom he had also sodomized).[1] Thus, Ichikawa knows firsthand the terror and anxiety female prisoners feel when housed with males.

Ichikawa co-founded Woman II Woman in March 2021 with two other formerly incarcerated women. Woman II Woman is a nonprofit that provides re-entry services, aids with parole hearing preparation, and advocates for incarcerated women's safety and dignity. Through this work, Ichikawa has daily contact with

---

[1] Amie Ichikawa & Erin Friday, *CA Bill Highlights Flood of Male Rapists Moving to Female Prisons*, The Federalist (Apr. 29, 2025) (co-authored by undersigned counsel and amicus Ichikawa), https://thefederalist.com/2025/04/29/california-bill-highlights-epidemic-of-male-rapists-transferring-to-womens-prisons/; Lorelei Hatpin, *Prison Stories: "Sherri" Masbruch*, Lorelei's Newsletter (Aug. 25, 2023), https://loreleihatpin.substack.com/p/prison-stories-sherri-masbruch.

currently incarcerated women[2] Woman II Woman has received hundreds of communications from female prisoners harmed by males claiming to be women. Many of these prisoners, of which a large number have histories of being sexually assaulted by men, self-censor their objections for fear of retribution from both the male prisoners and the guards. Nonetheless, they experience abject terror and suffer ongoing harm to their mental health.

## THE PROPOSED BRIEF IS DESIRABLE AND RELEVANT

The Court should grant this motion for leave to file the accompanying brief as amici curiae because of the special insights, facts, and data this brief can provide to the judges in this case. See *Voices for Choices v. Illinois Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003) ("[T]he criterion for deciding whether to permit the filing of an amicus brief should be the same: whether the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs."). Amici curiae offer "a unique perspective, or information, that can assist the court of appeals beyond what the parties are able to do," *Nat'l Org. for Women, Inc. v. Scheidler*, 223 F.3d 615, 617 (7th Cir. 2000) (citations omitted), on the real-world experiences of females in prison and the effect of policies and laws that treat males who believe they are women as female. Amici can fulfill

---

[2] Woman II Woman was also a former plaintiff in this matter and was voluntarily dismissed from the suit. *Chandler v. Macomber*, No. 1:21-cv-01657-JLT-HBK, 2024 WL 3618381, at *4 n.7 (E.D. Cal. July 31, 2024).

the purpose of an amicus curiae by "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Commissioner of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982).

Our Duty's members will be significantly affected by this Court's decision. Laws and policies that fail to distinguish male from female on the basis of biology harm Our Duty members and society as a whole. Further, this brief presents this Court with real-life experiences of incarcerated females beyond just the plaintiffs in this matter.

The voices who would tell this Court that allowing males who claim to be women to be housed in female prisons is an acceptable practice, that female prisons are appropriately used to protect trans-identified males from possible sexual harm or violence from other male prisoners, and that female inmates are not in constant danger, both emotional and physical, from being locked up with males, must be countered. The proposed brief does just that, offering compelling "information on matters of law about which there [has been] doubt" on a matter of great public interest. *United States v. Michigan*, 940 F.2d 143, 164 (6th Cir. 1991) (citation omitted).

For these reasons, movants respectfully request that this Court grant this motion and allow Our Duty-USA and Amie Ichikawa to participate as amici curiae in support of Plaintiffs-Appellants and reversal.

Respectfully submitted,

**/s C. Erin Friday**
C. Erin Friday
Counsel for Our Duty-USA and Amie Ichikawa
P.O. Box 442
San Carlos, CA 94070
(415) 577-9271
Erin.friday@yahoo.com

Dated: August 4, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) as it contains 942 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f). This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) as this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: August 4, 2026

/s C. Erin Friday
C. Erin Friday
Counsel for Amici Curiae

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit for filing and transmittal of a Notice of Electronic Filing to the participants in this appeal who are registered CM/ECF users.